IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

(SAVANNAH DIVISION)

JOHNNY LEE MCKNIGHT,

    Movant,

v.                            Case No.    CV407-014
                                                            CR403-231

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

Johnnie Lee Mcknight has filed extensive objections to the United States Magistrate Judge's Report and Recommendation. Mr. Mcknight seeks to re-litigate much of the original trial. Furthermore, he is highly critical of his former lawyers, and he raises numerous objections to the credibility and believability of one of the prosecutor's witnesses, Deputy Kile.

The court has reviewed in some depth the record in this case, together with the Report and Recommendation of the magistrate judge. In addition, the court has spent some time reading Mr. Mcknight's objections and his specific reference to various portions of the magistrate judge's recommendation.

The court can find no fault with the Magistrate Judge's Report and Recommendation. Indeed, it is thorough, analytical and accurate.

Therefore, the objections have been raised and denied. Accordingly, the Report and Recommendation of the magistrate judge is adopted as the opinion of the court this 16 day of February, 2009.

B. Avant Edenfield
Judge, United States District Court,
Southern District of Georgia